# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff-Appellee, | ) |  |
|  | ) |  |
| v. | ) | No. 23-6153 |
|  | ) |  |
| AVERY LAMONT PARRISH, | ) |  |
|  | ) |  |
| Defendant-Appellant. | ) |  |

## UNOPPOSED MOTION TO ABATE

Pursuant to 10th Cir. R. 27.5(A)(7), the United States moves for an order abating this appeal pending the resolution of *United States v. Rahimi*, S. Ct. No. 22-915. Robert S. Jackson, counsel for Avery Lamont Parrish, does not object to this motion to abate.

This appeal challenges the district court's order finding that 18 U.S.C. § 922(g)(8) is consistent with the Second Amendment. *See* Aplt. Br. at 6–16. The same issue—the constitutionality of 18 U.S.C. § 922(g)(8)—is currently before the Supreme Court in *United States v. Rahimi*, S. Ct. No. 22-915, which was argued on November 7, 2023, and which is expected to be decided no later than the end of June 2024. The undersigned anticipates that the Supreme Court's decision in *Rahimi*

will be dispositive of this appeal. And even if it is not, the Court's opinion in *Rahimi* will provide important guidance in addressing this issue.

Abatement pending decision in *Rahimi* would also be consistent with how this Court has handled other Second Amendment challenges to various federal laws. *E.g.* Order, *United States v. Jordan*, No. 23-6027 (10th Cir. July 27, 2023) (abating an appeal challenging the constitutionality of § 922(g)(8) pending decision in *Rahimi*).

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney


s/ Steven W. Creager
Assistant United States Attorney
Bar Number: 30052 (OK)
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
(405) 553-8700
steven.w.creager@usdoj.gov

**Certificate of Compliance with Type-Volume Limitation, <u>Typeface Requirements, and Type Style Requirements</u>**

As required by Fed. R. App. P. 32(g), I certify that this motion is proportionally spaced and contains 200 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(iii). I relied on my word processor to obtain the count and it is: Microsoft Word 365.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

I certify that the information on this form is true and correct to the best of my knowledge and belief formed after a reasonable inquiry.

<u>s/ Steven W. Creager</u>
Assistant U.S. Attorney